JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VENICE FOOD NOT BOMBS, et al.,

          Plaintiffs,

     v.

CITY OF LOS ANGELES, a
municipal corporation,

          Defendant.

_____

Case No. CV 06-06560 DDP (SSx)

**ORDER OF DISMISSAL**

     THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

     The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 16, 2010

_____
       DEAN D. PREGERSON
      United States District Judge